UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

XI, *et. al.*,

     Plaintiffs,

   v.

DEPARTMENT OF HOMELAND
SECURITY, *et. al.*,

     Defendants.

No. 2:26-cv-00423-JHC

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE AND ORDER

Noted for: April 13, 2026

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until July 23, 2026. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel Defendants to complete administrative processing for Plaintiffs' I-485, Application to Register Permanent Residence or Adjust Status and I-130, Petition for Alien Relative. Defendants' response to the Complaint is currently due on April 24, 2026. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until July 23, 2026.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control

STIPULATED MOTION & ORDER FOR ABEYANCE   - 1
Case No. 2:26-cv-00423-JHC

the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need for further judicial intervention. USCIS has been processing Plaintiffs' I-485 and I-130. USCIS has been able to complete its review but is anticipating that this can be completed in the next 120 days. Because further litigation may not be necessary after the review is completed, the parties agree that holding this case in abeyance through July 23, 2026 is appropriate.  Therefore, the parties believe good cause exists for a stay in these proceedings to save the parties and this Court from spending unnecessary time and judicial resources on this matter.

Accordingly, the parties request that the Court hold the case in abeyance until July 23, 2026. The parties will submit a joint status report on or before July 23, 2026.

Dated: April 13, 2026

Respectfully submitted,

*s/ Susan Kas*
SUSAN KAS, WSBA #36592
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone:  206-553-4063
Email:  Susan.Kas@usdoj.gov

*Attorney for Defendants*

*I certify that this memorandum contains 316 words, in compliance with the Local Civil Rules.*

*s/Andreas Kischel*
Andreas Kischel
Kischel Law Firm
700 112th Ave NE, Ste 300

STIPULATED MOTION & ORDER FOR ABEYANCE          - 2
Case No. 2:26-cv-00423-JHC

Bellevue, WA 98004
Phone: 425-223-5637
Email: andreas@kischellaw.com

*Attorney for Plaintiff*

**ORDER**

The case is held in abeyance until July 23, 2026.  The parties shall submit a status update on or before July 23, 2026.  It is so **ORDERED**.


DATED this 13th day of April, 2026.



_John H. Chun_____
JOHN H. CHUN
United States District Judge

STIPULATED MOTION & ORDER FOR ABEYANCE          - 4
Case No. 2:26-cv-00423-JHC